IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAM LEE SALTER, #241952, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO.  2:09cv349-TMH |
| | )             (WO) |
| KILBY CORRECTIONAL | ) |
| FACILITY, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action be and is hereby dismissed without prejudice.

Done this the 17th day of September, 2009.

                             /s/ Truman M. Hobbs

                             _____
                             TRUMAN M. HOBBS
                             SENIOR UNITED STATES DISTRICT JUDGE